# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-41586 |
| | § | |
| DNB STAINLESS CONCEPTS, LLC, | § | CHAPTER 7 |
| | § | |
| DEBTOR. | § | |

## ORDER REGARDING STATUS OF STAY AS TO TOO LUCKY 2, LLC

On September 24, 2024, the Court held a hearing on Creditor Too Lucky 2, LLC's Request for Confirmation of Termination of Automatic Stay as to Creditor Too Lucky 2, LLC. After considering the argument and pleadings in this matter, the Court enters the following order:

**IT IS ORDERED** that Creditor Too Lucky 2, LLC may pursue its state eviction claims against Debtor in state court to obtain possession of the leased premises commonly known as 15570 square feet of rentable area at 11647 Armetco Drive Bldg II, City of Justin, County of Denton, Texas ("Leased Premises").

**IT IS FURTHER ORDERED** that Debtor's personal property located within the Leased Premises is not property of the bankruptcy estate and the automatic stay does not apply.

Signed on 10/01/2024

_Brenda T. Rhoades_   SD
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE